IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARY JOHNSTON**                                                                                       **PLAINTIFF**

v.                                  NO. 2:18-cv-2152-PKH

**CITY OF FORT SMITH, ARKANSAS**                                        **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 14th day of July 2021, the parties hereto having filed a [64] joint stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                         AT THE DIRECTION OF THE COURT

                         JAMIE GIANI, CLERK

                BY: *Michelle McEntire*
                         Deputy Clerk